# Hillel I. Parness

(Cell) 646-526-8261 • (Office) 212-447-5299 • (Fax) 646-722-3301
Parness Law Firm, PLLC • www.hiplaw.com • hip@hiplaw.com
136 Madison Avenue, 6th Floor • New York, New York  10016

June 14, 2018                                                            **VIA ECF AND EMAIL**

Hon. Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov

      Re:    *Vestchain L.L.C. v. Opskins Group Inc., Docket No. 1:18-cv-05319*

Dear Judge Torres:

I represent the Plaintiffs in the above-referenced matter.  I am pleased to report to the Court that Plaintiffs and Defendants have reached an accommodation, and as a result Plaintiffs wish to withdraw their pending Order to Show Cause for Injunctive Relief, and to adjourn the hearing set for June 15, 2018 at 2:00 p.m.

                                              Respectfully submitted,

                                              Hillel I. Parness