UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
VESTCHAIN LLC, MICHAEL MALONEY, :
JEFFREY PARKET, ROSS PARKET and :
MARC FRIEDFERTIG, :
: INDEX NO. 18-CV-5319
:
:
Plaintiffs, :
- against- : STIPULATION AND ORDER OF
: <u>DISMISSAL WITH PREJUDICE</u>
OPSKINS GROUP INC. DBA WORLDWIDE :
ASSET EXCHANGE and MALCOLM :
CASSELLE, :
:
Defendants. :
------------------------------------------------------------ X

WHEREAS, the parties have reached a complete settlement of the issues raised in the above-captioned proceeding;

IT IS HEREBY ORDERED THAT:

1. The above-captioned action brought by VestChain LLC ("VestChain"), Michael Maloney, Jeffrey Parket, Ross Parket and Marc Friedfertig (collectively, "Plaintiffs") against OPSkins Group Inc. dba Worldwide Asset Exchange ("WAX") and Malcolm CasSelle ("CasSelle") (collectively, "Defendants") is DISMISSED WITH PREJUDICE and with each side to bear its own attorneys' fees and costs.

2. This Stipulation and Order can be executed via facsimile and in counterpart copies.

3. This action shall be marked CLOSED by the Clerk.

Dated: New York, New York
September 9, 2018

**SO STIPULATED.**

| PARNESS LAW FIRM, PLLC | LATHROP GAGE LLP |
|---|---|
| *(signature)* | *(signature)* |
| Hillel I. Parness | John Bradley Leitch (admitted pro hac vice) |
| 136 Madison Ave., 6th Floor | 2345 Grand Blvd., Suite 2200 |
| New York, NY 10016 | Kansas City, MO 64108-2618 |
| 212-447-5299 | 816-460-5533 |
| hip@hiplaw.com | bleitch@lathropgage.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

**SO ORDERED.**

Dated: New York, New York
_____, 2018

_____
United States District Court Judge