USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/14/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X

VESTCHAIN LLC, MICHAEL MALONEY,
JEFFREY PARKET, ROSS PARKET and
MARC FRIEDFERTIG,

INDEX NO. 18-CV-5319

                    Plaintiffs,

- against-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

OPSKINS GROUP INC. DBA WORLDWIDE
ASSET EXCHANGE and MALCOLM
CASSELLE,

                    Defendants.

---------------------------------------------------------------- X

WHEREAS, the parties have reached a complete settlement of the issues raised in the above-captioned proceeding;

IT IS HEREBY ORDERED THAT:

1. The above-captioned action brought by VestChain LLC ("VestChain"), Michael Maloney, Jeffrey Parket, Ross Parket and Marc Friedfertig (collectively, "Plaintiffs") against OPSkins Group Inc. dba Worldwide Asset Exchange ("WAX") and Malcolm CasSelle ("CasSelle") (collectively, "Defendants") is DISMISSED WITH PREJUDICE and with each side to bear its own attorneys' fees and costs.

2. This Stipulation and Order can be executed via facsimile and in counterpart copies.

3. This action shall be marked CLOSED by the Clerk.

Dated: New York, New York
September 9, 2018

SO STIPULATED.

| PARNESS LAW FIRM, PLLC | LATHROP GAGE LLP |
|---|---|
| *signature* | *signature* |
| Hillel I. Parness | John Bradley Leitch (admitted pro hac vice) |
| 136 Madison Ave., 6th Floor | 2345 Grand Blvd., Suite 2200 |
| New York, NY 10016 | Kansas City, MO 64108-2618 |
| 212-447-5299 | 816-460-5533 |
| hip@hiplaw.com | bleitch@lathropgage.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

SO ORDERED.

Dated: New York, New York
       14 Sept, 2018

*signature*

United States District Court Judge

7